IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**KELLEY M. MILLER**                                                                                  **PLAINTIFF**

**vs.**                             **CASE NO.   1:05-CV-00065**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED THIS 13th day of February, 2007.

                                                                       /s/Garnett Thomas Eisele
                                                                      UNITED STATES DISTRICT JUDGE